No. 259, Misc. BIRNBAUM ET AL. *v.* EVANS ET AL., JUDGES. Motion for leave to file petition for writ of mandamus denied. *Barnabas F. Sears* for petitioners.

No. 258, Misc. IN RE MYERS. Application denied.

No. 260, Misc. EX PARTE HAWTHORNE. Motion for leave to file petition for writ of habeas corpus denied.

No. 446. AHRENS ET AL. *v.* CLARK, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia. Certiorari granted. *James J. Laughlin* for petitioners. *Solicitor General Perlman, H. G. Morison, Stanley M. Silverberg* and *Samuel D. Slade* for respondent.

Nos. 19 and 20. NEPTUNE METER Co. *v.* NATIONAL LABOR RELATIONS BOARD; and
No. 22. INDEPENDENT EMPLOYEES ASSOCIATION OF THE NEPTUNE METER Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. C. A. 2d. Certiorari denied. *Edward L. Coffey* for petitioner in Nos. 19 and 20. *Irving Sweet* for petitioner in No. 22. *Solicitor General Perlman, David P. Findling, Ruth Weyand* and *Dominick L. Manoli* for respondent in Nos. 19 and 20. *George T. Washington,* then Acting Solicitor General, *Gerhard P. Van Arkel, Morris P. Glushien, Ruth Weyand* and *Dominick L. Manoli* were also on a brief for respondent in Nos. 19, 20 and 22. Reported below: 158 F. 2d 448.

No. 479. STATLER *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. *L. E. Gwinn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.